**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MANDHAHINI KANAGASABAPATHY,

Plaintiff,

v.

KEEN CARGO INC., ELIEL JOSPEH,

Defendants.
_________________________________/

Case No. 2:26-cv-12826

Hon. Brandy R. McMillion
United States District Judge

**OPINION AND ORDER OF SUMMARY DISMISSAL**

Plaintiff Mandhahini Kanagasabapathy ("Plaintiff") filed this *pro se* civil action against Defendants Keen Cargo Inc. and Eliel Jospeh (collectively "Defendants") for injuries resulting from a car accident in New York in August 2023. *See generally* ECF No. 1. Prior to filing in this Court, Plaintiff filed the same action against Defendants in the U.S. District Court for the Northern District of Indiana. *See Kanagasabathy v. Keen Cargo, et al*, Case No. 2:25-cv-00367-TLS-AZ (NDIN Aug. 11, 2025). Plaintiff states that the Indiana case was dismissed ***without prejudice*** for improper venue and because he was unable to serve Defendants. ECF No. 1, PageID.7-8. However, a review of the Indiana docket reveals that the case was dismissed ***with prejudice*** pursuant to Federal Rules of Civil Procedure 41(b) and Indiana Local Rule 41–1 for failure to prosecute. *See* Case No.

2:25-cv-00367-TLS-AZ (ECF No. 5). Because the Indiana case was dismissed ***with prejudice***, Plaintiff is prohibited from bringing the same action before this Court.

Accordingly, this case is ***summarily dismissed with prejudice***.

**This is a final order that closes the case**.

**IT IS SO ORDERED**.

Dated: August 21, 2026
Detroit, Michigan

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge